No. 3135.—EDWARD PHILLIPS v. CHAS D. STEWART.

In a suit for the value of attorney's fees for professional services rendered, if the amount allowed by the judge a quo seems reasonable and fair, the judgment will not be disturbed on appeal.

APPEAL from the Seventh Judicial District Court, parish of Pointe· Coupée. *Miller*, J.   *John Yoist*, for plaintiff and appellee. *Thomas H. Hewes*, for defendant and appellant.

LUDELING, C. J.   This is a suit by an attorney at law to recover the· amount of an account composed principally of charges for professional· services rendered for the defendant.

The evidence showed that the defendant employed the plaintiff, and the services were rendered. Indeed these facts are not disputed. We are of opinion that the amounts allowed by the judge a quo are reasonable and fair.

It is therefore ordered and adjudged that the judgment of the district court be affirmed with costs of appeal.